

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH:SMS
F. #2023R00688

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 18, 2023

<u>By E-mail</u>

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Franco Alexander Peraza Navas
     <u>Criminal Docket No. 23-396 (MKB)</u>

Dear Judge Levy:

  The government respectfully moves for an order unsealing the superseding indictment and arrest warrant in the above-captioned matter.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

     By:   /s/
        Sean M. Sherman
        Assistant U.S. Attorney
        (718) 254-6262

Enclosure

cc: Clerk of Court (by ECF)
   Mia Eisner-Grynberg, Esq. (by ECF)