AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-CR-396 (MKB) |
| Franco Alexander Peraza Navas | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Franco Alexander Peraza Navas.

Date: 01/05/2024

*Attorney's signature*

Mia Eisner-Grynberg NY 4628533
*Printed name and bar number*

Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
*Address*

mia_eisner-grynberg@fd.org
*E-mail address*

(718) 330-1257
*Telephone number*

(718) 855-0760
*FAX number*